## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: DEAN, GEORGINA M. | § | Case No. 09-10379-LBR |
| | § | |
| | § | |
| Debtor(s) | § | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on January 13, 2009. The case was converted to one under Chapter 7 on August 25, 2012. The undersigned trustee was appointed on August 25, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $        175,380.58

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 156,578.47 |
| Administrative expenses | 14,197.11 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 4,605.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/22/2013 and the deadline for filing governmental claims was 07/12/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,500.00, for a total compensation of $2,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $219.48, for total expenses of $219.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2013            By: /s/LENARD E. SCHWARTZER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-10379-LBR  
**Case Name:** DEAN, GEORGINA M.  
**Period Ending:** 10/28/13

**Trustee:** (480250) LENARD E. SCHWARTZER  
**Filed (f) or Converted (c):** 08/25/12 (c)  
**§341(a) Meeting Date:** 09/24/12  
**Claims Bar Date:** 01/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE - 5741 BLACKBIRCH ST., LV | 350,500.00 | 0.00 | | 0.00 | FA |
| 2 | 9519 GREEN VINEYARD AVE, LV | 280,000.00 | 5,000.00 | | 170,380.58 | FA |
| 3 | 9325 W. DESERT INN ROAD #121, LV<br>property sold by secured creditor in December, 2012 | 155,000.00 | 5,000.00 | | 0.00 | FA |
| 4 | WELLS FARGO | 800.00 | 54.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 BMW 325I 20,000 MILES | 20,000.00 | 15,689.00 | | 0.00 | FA |
| 8 | BANKRUPTCY TRUSTEE RELEASE FEE  (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$809,050.00** | **$30,743.00** | | **$175,380.58** | **$0.00** |

**Major Activities Affecting Case Closing:**

REPORT OF NO DISTRIBUTION

**Initial Projected Date Of Final Report (TFR):**   August 31, 2014          **Current Projected Date Of Final Report (TFR):**   December 31, 2013

Printed: 10/28/2013 03:18 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-10379-LBR  
**Case Name:** DEAN, GEORGINA M.  

**Taxpayer ID #:** **-***1131  
**Period Ending:** 10/28/13  

**Trustee:** LENARD E. SCHWARTZER (480250)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/13 | | NEVADA TITLE COMPANY | SALE OF 9519 GREEN VINEYARD | | | 4,605.00 | | 4,605.00 |
| | {2} | | Sale of 9519 Green Vineyard | 170,380.58 | 1110-000 | | | 4,605.00 |
| | {8} | | Trustee Release Fee - 9519 Green Vineyard | 5,000.00 | 1229-000 | | | 4,605.00 |
| | | | Payoff on 1st - B of A | -155,428.47 | 4110-000 | | | 4,605.00 |
| | | | Property tax | -385.56 | 2820-000 | | | 4,605.00 |
| | | | Realtor Commission | -10,200.00 | 3610-000 | | | 4,605.00 |
| | | | Clsoing Fee to Nevada Title | -722.00 | 2500-000 | | | 4,605.00 |
| | | | Title Insurance | -885.00 | 2500-000 | | | 4,605.00 |
| | | | Notary Fee | -3.00 | 2500-000 | | | 4,605.00 |
| | | | Recording Fee | -21.00 | 2500-000 | | | 4,605.00 |
| | | | County Transfer Tax | -867.00 | 2500-000 | | | 4,605.00 |
| | | | HOA Reimbursement Fee | -150.00 | 4110-000 | | | 4,605.00 |
| | | | Trash Liens to Republic Services | -600.00 | 2990-000 | | | 4,605.00 |
| | | | HOA Dues | -1,000.00 | 4110-000 | | | 4,605.00 |
| | | | Sewer Charges | -118.55 | 2990-000 | | | 4,605.00 |
| | | | Realtor expense | -395.00 | 3520-000 | | | 4,605.00 |
| | | | **ACCOUNT TOTALS** | | | 4,605.00 | 0.00 | **$4,605.00** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 4,605.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$4,605.00** | **$0.00** | |

|  |  |
|---|---|
| Net Receipts : | 4,605.00 |
| Plus Gross Adjustments : | 170,775.58 |
| Net Estate : | $175,380.58 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9766 | 4,605.00 | 0.00 | 4,605.00 |
| | $4,605.00 | $0.00 | $4,605.00 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 22, 2013

**Case Number:** 09-10379-LBR  
**Debtor Name:** DEAN, GEORGINA M.

Page: 1

**Date:** October 28, 2013  
**Time:** 03:19:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TEEEXPS 200 | LENARD E. SCHWARTZER | Admin Ch. 7 | | $219.48 | $0.00 | 219.48 |
| TEEFEES 200 | LENARD E. SCHWARTZER | Admin Ch. 7 | | $2,500.00 | $0.00 | 2,500.00 |
| 16 -2 570 | IRS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Priority | 6887<br>Allowed | $3,657.00 | $0.00 | 3,657.00 |
| 4 100 | BANK OF AMERICA N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 5 100 | BANK OF AMERICA, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Secured | 8599<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 6 100 | BANK OF AMERICA, N.A.<br>PO Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Secured | 1699<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 7 100 | BMW FINANCIAL SERVICES NA LLC<br>C/O BMW FINANCIAL SERVICES<br>PO BOX 3608<br>DUBLIN, OH 43016 | Secured | 2450<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 8 100 | COUNTRYWIDE HOME LOANS SERVICING, L.P.<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | Secured | 0476<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 9 100 | COUNTRYWIDE HOME LOANS SERVICING, L.P.<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | Secured | 0459<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 10 100 | COUNTRYWIDE HOME LOANS SERVICING, L.P.<br>P.O. BOX 10219<br>VAN NUYS, CA 91410-0219 | Secured | 0475<br>Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code | $0.00 | $0.00 | 0.00 |
| 1 610 | Nordstrom FSB<br>PO Box 6566<br>Englewood, CO 80015 | Unsecured | 7948<br>Allowed | $1,524.63 | $0.00 | 1,524.63 |
| 2 -2 610 | WESTSTAR CREDIT UNION<br>ATTN BANKRUPTCY DEPT<br>PO BOX 94138<br>LAS VEGAS, NV 89193 | Unsecured | 0015<br>Allowed | $15,217.73 | $0.00 | 15,217.73 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 22, 2013

**Case Number:** 09-10379-LBR
**Debtor Name:** DEAN, GEORGINA M.

Page: 2

**Date:** October 28, 2013
**Time:** 03:19:53 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | DELL FINANCIAL SERVICES, LLC<br>C/O RESURGENT CAPITAL SERVICES?<br>P.O. BOX 10390<br>GREENVILLE, SC 0390 | Unsecured | 7407<br>Allowed | $1,349.17 | $0.00 | 1,349.17 |
| 11 610 | BMW FINANCIAL SERVICES NA LLC<br>C/O BMW FINANCIAL SERVICES<br>PO BOX 3608<br>DUBLIN, OH 43016 | Unsecured | 0230<br>Allowed | $14,630.60 | $0.00 | 14,630.60 |
| 12 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | 4001<br>Allowed | $6,187.90 | $0.00 | 6,187.90 |
| 13 610 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK, VA 23541 | Unsecured | 8937<br>Allowed | $11,205.73 | $0.00 | 11,205.73 |
| 14 610 | ECAST SETTLEMENT CORP<br>PO BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | Unsecured | 0093<br>Allowed | $1,845.99 | $0.00 | 1,845.99 |
| 15 610 | ECAST SETTLEMENT CORP<br>PO BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | Unsecured | 4059<br>Allowed | $453.07 | $0.00 | 453.07 |
| 17 610 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | 7948<br>Allowed | $1,524.63 | $0.00 | 1,524.63 |
| << Totals >> | | | | 60,315.93 | 0.00 | 60,315.93 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-10379-LBR
Case Name: DEAN, GEORGINA M.
Trustee Name: LENARD E. SCHWARTZER

**Balance on hand:** $ 4,605.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,605.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LENARD E. SCHWARTZER | 2,500.00 | 0.00 | 2,500.00 |
| Trustee, Expenses - LENARD E. SCHWARTZER | 219.48 | 0.00 | 219.48 |

Total to be paid for chapter 7 administration expenses: $ 2,719.48
Remaining balance: $ 1,885.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,885.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,657.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 -2 | IRS | 3,657.00 | 0.00 | 1,885.52 |

Total to be paid for priority claims: $ 1,885.52
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 53,939.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Nordstrom FSB | 1,524.63 | 0.00 | 0.00 |
| 2 -2 | WESTSTAR CREDIT UNION | 15,217.73 | 0.00 | 0.00 |
| 3 | DELL FINANCIAL SERVICES, LLC | 1,349.17 | 0.00 | 0.00 |
| 11 | BMW FINANCIAL SERVICES NA LLC | 14,630.60 | 0.00 | 0.00 |
| 12 | AMERICAN EXPRESS CENTURION BANK | 6,187.90 | 0.00 | 0.00 |
| 13 | PRA Receivables Management, LLC | 11,205.73 | 0.00 | 0.00 |
| 14 | ECAST SETTLEMENT CORP | 1,845.99 | 0.00 | 0.00 |
| 15 | ECAST SETTLEMENT CORP | 453.07 | 0.00 | 0.00 |
| 17 | Nordstrom fsb | 1,524.63 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**